# Court of Appeals
# of the State of Georgia

ATLANTA, February 05, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0233. SHARY F. DRAWDY v. ERIK S. HULLENDER.

Shary F. Drawdy and Erik S. Hullender are parents to a minor child. On January 6, 2014, the trial court entered an order finding Drawdy in contempt for failure to pay child support in the amount of $17,018.00. The court ordered Drawdy incarcerated until she purges herself of contempt by paying the amount owed. The court also awarded sole legal and physical custody of the child to Hullender. Drawdy filed an application for discretionary appeal, seeking to challenge both the contempt and custody rulings.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. A party seeking to challenge an order in a child custody case, therefore, may file a direct appeal. See *Cohen v. Cohen*, 300 Ga. App. 7, 8 (1) (684 SE2d 94) (2009); *Taylor v. Curl*, 298 Ga. App. 45 (679 SE2d 80) (2009). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Drawdy shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

In connection with the application, Drawdy filed an emergency motion seeking to stay the trial court's ruling, which ordered her incarceration for contempt. Pursuant to OCGA § 5-6-35 (h), the filing of an application for discretionary appeal acts as supersedeas. The trial court's order, having been superseded, may not be enforced

pending appeal. See *Campbell v. Gormley*, 185 Ga. 65, 66 (1) (194 SE 177) (1937) (after statutory supersedeas obtained, trial court is divested of jurisdiction to enforce superseded order). Accordingly, Drawdy's motion to stay enforcement is hereby GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 02/05/2014
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*